

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00580-CV

**CHRISTUS SANTA ROSA HEALTHCARE CORPORATION** d/b/a Christus Santa Rosa
Hospital-City Centre,
Appellant

v.

Irma **LOPEZ**, as Wrongful Death Beneficiary of Antonio Gonzales, Jr., Deceased,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07558
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. All costs
are ORDERED assessed against the party who incurred them.

SIGNED October 8, 2014.

_____
Luz Elena D. Chapa, Justice